**Opinion filed December 14, 2017**



# In The

# Eleventh Court of Appeals

_____

## No. 11-17-00295-CR

_____

## MICHAEL MARVIN RUSSIE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR39309**

## M E M O R A N D U M   O P I N I O N

Michael Marvin Russie, Appellant, has filed an untimely notice of appeal in this cause. Appellant attempts to appeal his conviction for the offense of retaliation as a habitual offender. We dismiss the appeal.

The documents on file in this case indicate that Appellant's sentence was imposed on May 22, 2012, that his motion requesting an out-of-time appeal was filed in the district clerk's office on October 17, 2017, and that his amended notice of appeal was filed in this court on November 29, 2017. Pursuant to Rule 26.2(a) of

the Texas Rules of Appellate Procedure, a notice of appeal is due to be filed either (1) within thirty days after the date that sentence is imposed in open court or (2) if the defendant timely files a motion for new trial, within ninety days after the date that sentence is imposed in open court. A notice of appeal must be in writing and filed with the clerk of the trial court. TEX. R. APP. P. 25.2(c)(1). The documents on file in this court reflect that Appellant's notice of appeal was filed more than five years after his sentence was imposed. The notice of appeal was, therefore, untimely. Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain this appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993).

When the appeal was filed in this court, we notified Appellant by letter that the notice of appeal appeared to be untimely and that the appeal may be dismissed for want of jurisdiction. We requested that Appellant respond to our letter and show grounds to continue. Appellant filed various documents in response, but he has not shown any grounds upon which this court may continue this appeal. We have considered Appellant's responses; however, we are without authority to proceed with this appeal or to grant Appellant's request for an out-of-time appeal. *See Slaton*, 981 S.W.2d at 210.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

December 14, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.